

# NUMBER 13-11-00276-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE JOHNNY PARTAIN

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Per Curiam Memorandum Opinion[1]

Relator, Johnny Partain, proceeding pro se, filed a petition for writ of mandamus in the above cause on April 29, 2011, seeking to compel the trial court to issue a writ of execution. The Court requested and received a response to the petition for writ of mandamus from the real party in interest, James Maples.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having examined and fully considered the petition for writ of mandamus and the response thereto, is of the opinion that relator has not shown himself entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See id.* 52.8(a). The amended motion to dismiss filed by Maples is DISMISSED as moot.

PER CURIAM

Delivered and filed the
18th day of May, 2011.